UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATASHA KIRKER,  ) | CIVIL ACTION NO.: |
| Plaintiff,  ) | 3:04cv01144 (WWE) |
| v.  ) | |
| GENERAL ELECTRIC COMPANY,  ) | |
| Defendant.  ) | |
| ) | NOVEMBER 3, 2004 |

## STIPULATION OF DISMISSAL

Pursuant to FED. R. CIV. P. 41(a)(1)(ii), the parties to the above-captioned action stipulate that Plaintiff's action may be dismissed, with prejudice and without costs to any party.

PLAINTIFF NATASHA KIRKER

By: /s/ Samuel B. Feldman
Samuel B. Feldman (ct101189)
Her Attorney
Law Offices of Samuel B. Feldman
433 South Main Street, Suite 102
West Hartford, CT  06110
Tel.: (860) 561-0561
Fax: (860) 521-7237
E-mail: s.Feldman@sbcglobal.net

DEFENDANT GENERAL ELECTRIC COMPANY

By: /s/ W. Glen Pierson
W. Glen Pierson (ct16936)
Its Attorney
LOUGHLIN FITZGERALD
150 South Main Street
Wallingford, CT 06492
Tel.: (203) 265-2035
Fax: (203) 269-3487
E-mail: gpierson@lflaw.com